IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WALTER ALEXANDER RODRIGUEZ,

    Plaintiff,

v.                                                                                                Civil Action No. **3:21CV40**

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, has submitted a letter requesting the Court to send him a form for filing a 42 U.S.C. § 1983 complaint. (ECF No. 1.) By Memorandum Order entered on February 11, 2021, the Court directed the Clerk to write the civil action number for the present action on the standardized form for filing a 42 U.S.C. § 1983 complaint and to send the form to Plaintiff. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within fourteen (14) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than fourteen (14) days have elapsed and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

                                                                                                /s/
                                                              M. Hannah Lauck
                                                              United States District Judge

Date: 3-19-21
Richmond, Virginia